

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                01-14-00844-CV

Trial Court Cause
Number:                      2014-37034

Style:                       Neighborhood Centers Inc.

                             **v** Doreatha Walker

Date motion filed*:          September 14, 2015

Type of motion:              Motion for Leave to Withdraw and Substitute New Counsel/ Extension of Time

Party filing motion:         attorney for Doreatha Walker

Document to be filed:        Response to Motion for Rehearing

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

   ☒   Granted

       If document is to be filed, document due:  September 21, 2015

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☐  Denied

   ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐  Other: _____

Judge's signature: /s/ Evelyn V. Keyes
                 ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Bland, and Massengale

Date: September 17, 2015